UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

FELIPE D. SAHAGUN,                    ) CV 07-4079-SH
                                      )
                                      ) JUDGMENT
                    Plaintiff,        )
     v.                               )
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security       )
Administration,                       )
                                      )
                    Defendant.        )
_____       )

        IT IS ADJUDGED that Judgment is entered in favor of the plaintiff, the
decision of the Commissioner is reversed and remanded for further proceedings,
pursuant to Sentence Four, 42 U.S.C. §405(g).

DATED: May 27, 2008

                         _____
                                   / s /
                         STEPHEN J. HILLMAN
                         UNITED STATES MAGISTRATE JUDGE